UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLTON KNOWLES, ON BEHALF
OF HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

NS 360, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-10006

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, NS 360, INC.

Dated:    New York, New York
             March 21, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

3/28/25

The Clerk is directed to close this case.

So Ordered.
3/28/25  [signature] U.S.D.J.